Certificate Number: 16339-PAE-DE-035405743

Bankruptcy Case Number: 21-10339



16339-PAE-DE-035405743

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2021, at 5:55 o'clock PM EST, Eric Rhode completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 26, 2021          By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor